dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2002-1377. State v. Cunningham.**
Allen C.P. No. CR2002–0010. On application for reopening under S.Ct.Prac.R. XI(6). Application denied because the appellant failed to comply with the 90-day filing deadline in S.Ct.Prac.R. XI(6)(A).

**2003-1766. State v. Bethel.**
Franklin C.P. No. 00CR–11–6600. On application for reopening under S.Ct.Prac.R. XI(6). Application denied.

**2003-1964. State v. Conway.**
Franklin C.P. No. 02CR–3117. On motion to set execution date. Motion denied.

**2006-1682. Kirchner v. Shooters on the Water, Inc.**
Cuyahoga App. No. 86919, 167 Ohio App.3d 708, 2006-Ohio-3583. On motion to clarify the court's order of May 2, 2007, Motion denied.

**2007-0219. Ackison v. Anchor Packing Co.**
Lawrence App. No. 05CA46, 2006-Ohio-7099. On motion for admission pro hac vice of Robert H. Riley by Rebecca C. Sechrist and motion for admission pro hac vice of Vincent L. Greene by Richard E. Reverman. Motions granted.

**2007-0415. Ackison v. Anchor Packing Co.**
Lawrence App. No. 05CA46, 2006-Ohio-7099. On motion for admission pro hac vice of Robert H. Riley by Rebecca C. Sechrist and motion for admission pro hac vice of Vincent L. Greene by Richard E. Reverman. Motions granted.

**2007-0683. In re Application of Holbrook.**
Board of Commissioners on Character & Fitness, No. 338. On motion to supplement record. Motion granted.

MOYER, C.J., dissents.

**2007-1047. State v. Clark.**
Ashtabula App. No. 2006–A–0004, 2007-Ohio-1780. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 3 of the court of appeals' Judgment Entry filed June 5, 2007:
"Is a guilty plea knowing, intelligent, and voluntary when the trial court misinforms the defendant that he or she will be subject to five years postrelease control if released and up to nine months in prison for any violation when, in fact, the defendant faces a lifetime of parole and reincarceration for life for any violation?"

LUNDBERG STRATTON and O'CONNOR, JJ., would recognize the conflict but hold the cause for the decision in 2006–1973, *State v. Sarkozy*, Cuyahoga App. No. 86952, 2006-Ohio-3977.

The conflict case is *State v. Prom*, Butler App. No. CA2002–01–007, 2003-Ohio-6543.

Sua sponte, cause consolidated with 2007–0983, *State v. Clark*, Ashtabula App. No. 2006–A–0004, 2007-Ohio-1780.

Appellant's motion to hold oral argument on the same day as 2006–1973, *State v. Sarkozy*, Cuyahoga App. No. 86952, 2006-Ohio-3977, is denied.

**2007-1069. Maynard v. Eaton Corp.**
Marion App. No. 9–06–33, 2007-Ohio-1906. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 2 of the court of appeals Journal Entry filed June 7, 2007:
"Does the amendment to R.C. 1343.03, effective June 2, 2004, adjust the 10% rate of post-judgment interest calculated on a final judgment that was entered prior to the date of the amendment, but not paid in full and pending on appeal?"